**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **PARVINDER PARVINDER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1477-G** |
| | ) | |
| **ACTING FIELD OFFICE DIRECTOR OF DALLAS FIELD OFFICE, U.S. Immigration and Customs Enforcement, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

# ORDER

Now before the Court is Petitioner's Emergency Motion to Enforce Judgment (Doc. No. 21), filed November 24, 2026.

IT IS ORDERED that, no later than November 30, 2026, Respondents shall file a written response to Petitioner's Emergency Motion.

IT IS SO ORDERED this 24th day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge